IRWIN v. DAKIN.

Tax Sale and Deed: NOTICE TO REDEEM: PERSON TO WHOM LAND IS TAXED. *Irwin v. Burdick, ante,* p. 69, followed.

*Appeal from O'Brien District Court.*—HON. SCOTT M. Ladd, Judge.

FILED, JANUARY 24, 1890.

Short v. The Chicago, M. & St. P. Ry. Co.

ACTION to quiet title.    Judgment for defendant, and the plaintiff appeals.

*H. E. Long*, for appellant.

*Warren Walker*, for appellee.

GRANGER, J.—This cause was submitted with and upon the record in the case of *Irwin v. Burdick, ante*, p. 69, and, following the conclusions announced in that case. the judgment in this is           ·           AFFIRMED.